■ In the Matter of JULIAN B., Appellant, v NIOKA WILLIAMS, Respondent. [947 NYS2d 898]

Since the subject child, Samia B., is now 18 years of age, she is no longer subject to the order appealed from, and the appeal must be dismissed as academic (*see Matter of Bartley v Pringle*, 90 AD3d 653 [2011]; *Matter of Brown v Jimenez*, 88 AD3d 875, 876 [2011]; *Matter of Cahill v Zakian*, 71 AD3d 765 [2010];

*Matter of Merando v Vantassel*, 66 AD3d 783 [2009]). Dillon, J.P., Dickerson, Belen and Sgroi, JJ., concur.